# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

DISCO BISCUITS

V.

SUNSET RECORDS GROUP, DONALD LICHTERMAN, JOHN DOE "1" and JOHN DOE "2"

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CV 5909**

**JUDGE BUCHWALD**

TO: (Name and address of defendant)

DONALD LICHTERMAN
1133 BROADWAY
NEW YORK, N.Y. 10010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THE SCHER LAW FIRM LLP
ONE OLD COUNTRY ROAD
CARLE PLACE, NEW YORK 11514
(516) 746-5040

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

JUN 21 2007

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                        Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.