IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/9/07

----------------------------------------X

THE DISCO BISCUITS

        Plaintiff,

Vs.

SUNSET RECORDS GROUP, INC., DON
LICHTERMAN, JOHN DOE 1 and JOHN DOE 2

        Defendants.

----------------------------------------X

Docket No. 07 CV 5909

**STIPULATION EXTENDING TIME TO ANSWER**

WHEREAS, defendants, Sunset Holding Company, LLC (incorrectly captioned "Sunset Records Group, Inc.") and Don Lichterman received service of Complaint, dated June 21, 2007, via mail postmarked July 2, 2007;

WHEREAS, the Law Offices of Michael D. Ritigstein is representing the above-mentioned defendants in this matter;

NOW IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel that the time for defendants, Sunset Holding Company, LLC (incorrectly captioned "Sunset Records Group, Inc.") and Don Lichterman to answer, move or otherwise respond to plaintiff's Complaint is extended by three (3) weeks to August 15, 2007.

Dated: July 23, 2007

THE SCHER LAW FIRM LLP

By: _____
Martin Scher, Esquire (ms4093)
One Old Country Road
Carle Place, New York 11514
Tel: (516) 746-5040

Attorneys for Plaintiff
The Disco Biscuits

THE LAW OFFICES OF MICHAEL D. RITIGSTEIN

By: _____
Michael D. Ritigstein, Esquire
200 Haddon Avenue
Haddonfield, New Jersey 08033
Tel: (856) 427-4222

Attorneys for Defendants
Sunset Holding Company, LLC
(incorrectly captioned "Sunset Records Group, Inc.") and Don Lichterman

SO ORDERED _____ DATED: August 7, 2007
               USDJ