# THE SCHER LAW FIRM, LLP

ONE OLD COUNTRY ROAD, SUITE 385

CARLE PLACE, NY 11514

MARTIN H. SCHER*
JONATHAN L. SCHER*†
ROBERT S. NAYBERG†

AUSTIN R. GRAFF†
DAVID J. GRECH
WARREN S. DANK † ◊
EDWARD J. WEISS †

TEL: 516-746-5040
FAX: 516-747-9100

OF COUNSEL
W. SCOTT KERSHAW

* Also Admitted in District of Columbia
† Also Admitted in New Jersey
◊ Also Admitted in Connecticut

November 15, 2007

**BY ECF**

The Honorable Naomi Reice Buchwald, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2270
New York, NY 10007

                Re:    The Disco Biscuits vs. Sunset Records Group, Inc. *et al.*
                      Dk # 1:07-CV-5909 (NRB) S.D.N.Y.

Dear Judge Buchwald:

      As per the Court's direction please allow this letter to serve as counsels' update on the status of and the progress that has been achieved in this matter. We respectfully request that the matter be continued for another thirty days at the conclusion of which we will report back to the Court either that the matter has been resolved or that we need a Fed. Rule Civ. Proc. 16(b) conference so that the matter can proceed in litigation.

      Defendants' counsel has responded to Plaintiff's Demand for Production of Documents. We identified one issue that is in the process of being resolved. Defendants' counsel has also advised us that there are still other documents to produce and that he will produce them reasonably soon. The documents we have received have been scanned, reduced to a CD and forwarded to our client for its review.

      The parties continue to work together to identify all of the sales of Plaintiff's copyrighted material and to account for those sales to learn what if any payments were made elsewhere and what if any payments are owed by third parties, and why. Once these issues are resolved, and we expect that to be accomplished within the next thirty days, the parties will know whether or not they have a settlement.

                                                                     Respectfully submitted,

                                                                   THE SCHER LAW FIRM, LLP

                                                                   Martin H. Scher, Esq.

MHS:mc
cc:    Michael D. Ritigstein, Esq., Defendants' Counsel (by ECF)
\\Lawserver1\DATA\OFFICE\Disco Biscuits\Litig v Sunset Records, Dk# 07-CV-5909\November 15 ltr. to Judge Buchwald.doc