IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE DISCO BISCUITS

                Plaintiff,

vs.

SUNSET RECORDS GROUP, INC., DON
LICHTERMAN, JOHN DOE 1 and JOHN DOE 2

                Defendants.
------------------------------------------------------------------X

Docket No. 07 CV 5909
Hon. Naomi Reice Buchwald

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

    **PLEASE TAKE NOTICE** that the undersigned attorney for defendants Sunset Holdings, LLC (improperly captioned "Sunset Records Group, Inc.") and Don Lichterman, shall move before the Honorable Naomi Reice Buchwald, U.S.D.J. on January 30, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard for an Order granting attorney, Michael D. Ritigstein, to be relieved as counsel for defendants.

    We shall rely upon the attached Affidavit of Counsel in support hereof.

    WE HEREBY CERTIFY that the original of the within Notice of Motion has been filed with the Clerk and a copy of same has been transmitted to counsel for plaintiffs and to defendants.

                              **LAW OFFICES OF MICHAEL D. RITIGSTEIN**

                    BY: _____
                            MICHAEL D. RITIGSTEIN, ESQUIRE (MR-2167)
                            200 Haddon Avenue
                            Haddonfield, NJ 08033
                            Telephone Number: (856) 427-4222
                            Attorneys for Defendants

DATED: January 21, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
THE DISCO BISCUITS

                        Plaintiff,

vs.

SUNSET RECORDS GROUP, INC., DON
LICHTERMAN, JOHN DOE 1 and JOHN DOE 2

                        Defendants.
-----------------------------------------------------------------X

Docket No. 07 CV 5909
Hon. Naomi Reice Buchwald

**ORDER**

THIS MATTER having been brought before the Court by The Law Offices of Michael D. Ritigstein, counsel for defendants, Sunset Holdings, LLC (improperly captioned "Sunset Records Group, Inc.") and Don Lichterman, for an Order granting attorney, Michael D. Ritigstein, to be relieved as counsel for defendants, Sunset Holdings, LLC (improperly captioned "Sunset Records Group, Inc.") and Don Lichterman; and notice having been given to all parties; and the Court having considered the parties submissions; and for good cause shown;

    IT IS on this_____day of _____, 2008;

    **ORDERED** that attorney, Michael D. Ritigstein's Motion to Withdraw as Counsel for defendants, Sunset Holdings, LLC (improperly captioned "Sunset Records Group, Inc.") and Don Lichterman, is hereby GRANTED;

    **IT IS FURTHER ORDERED** that a copy of this Order shall be served upon all parties within _____days of its receipt.

                                                             _____
                                                             Hon. Naomi Reice Buchwald, U.S.D.J.

## PROOF OF SERVICE

The undersigned hereby certifies that:

On January 21, 2008, I served on the addressees listed below, via Certified Mail and upon plaintiff's counsel via e-filing, a copy of the within Notice of Motion and Affidavit of Counsel in Support of the Motion on Behalf of Attorney, Michael D. Ritigstein, to Be Relieved as Counsel for Defendants, Sunset Holdings, LLC (improperly captioned "Sunset Records Group, Inc.") and Don Lichterman:

Austin Graff, Esquire
The Scher Law Firm
One Old Country Road, Suite 382
Carle Place, New York 11514

Mr. Donald Lichterman
Sunset Holdings, LLC
1928 The Woods II
Kennet Court
Cherry Hill, NJ 08003

The foregoing statement made by me is true. I am aware that if the statement is willfully false, I am subject to punishment.

Michael D. Ritigstein, Esquire (MR-2167)
Law Offices of Michael D. Ritigstein
200 Haddon Avenue
Haddonfield, NJ 08033
Telephone Number: (856) 427-4222