IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE DISCO BISCUITS,

                     Plaintiff,

Dk # 07-CV- 5909

**AFFIDAVIT OF SERVICE BY MAIL**

-against-

SUSET RECORDS GROUP, INC.,
DON LICHTERMAN, JOHN DOE 1
AND JOHN DOE 2

                    Defendants.
------------------------------------------------------------------X
STATE OF NEW YORK )
COUNTY OF NASSAU ) ss.:

     **JOAN DIMAIO**, being duly sworn, deposes and says:

     That I am not a party to this action, am over 18 years of age and reside in New Hyde Park, New York.

     That on the 28th day of January 2008, I served the within **AFFIRMATION OF ROBERT S. NAYBERG, ESQ., IN RESPONSE TO DEFENDANTS' COUNSEL'S MOTION TO WITHDRAW** upon:

                Mr. Donald Lichterman
                Sunset Holdings, LLC
                1928 The Woods II
                Kennet Court
                Cherry Hill, NJ 08003

by depositing true copy of same, enclosed in post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service to the above address.

                                                              Joan DiMaio

Sworn to before me this
28th day of January 2008.

_____
Notary Public

AUSTIN GRAFF
Notary Public, State Of New York
No. 02GR6067404
Qualified In Nassau County
Commission Expires December 10, 2009