USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

DISCO BISCUITS,

                            Plaintiff.        **O R D E R**

    - against -                     07 Civ. 5909 (NRB)

SUNSET RECORDS GROUP, DON LICHTERMAN,
JOHN DOES 1 AND 2,

                           Defendants.
----------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** Michael D. Ritigstein, counsel for defendants Sunset Holdings LLC and Don Lichterman, has filed a motion to withdraw as attorney of record; and

    **WHEREAS** counsel's motion is granted; and

    **WHEREAS** corporate parties may not proceed pro se and must be represented by an attorney, and failure to appear by counsel can result in the entry of a default judgment or dismissal of claims presented, see Jones v. Niagara Frontier Transp. Auth., 722 F.2d 20, 22 (2d Cir. 1983); it is hereby

    **ORDERED** that defendant Sunset Holdings LLC has 30 days to retain new counsel and that failure to do so will result in the entry of a default judgment.

DATED:    New York, New York
           February 5, 2008

                                                NAOMI REICE BUCHWALD
                                                UNITED STATES DISTRICT JUDGE