# THE SCHER LAW FIRM, LLP

ONE OLD COUNTRY ROAD, SUITE 385

CARLE PLACE, NY 11514

MARTIN H. SCHER•
JONATHAN L. SCHER•†
ROBERT S. NAYBERG†

AUSTIN R. GRAFF†
DAVID J. GRECH
WARREN S. DANK †◊
EDWARD J. WEISS †

• Also Admitted in District of Columbia
† Also Admitted in New Jersey
◊ Also Admitted in Connecticut

TEL: 516-746-5040
FAX: 516-747-9100

OF COUNSEL
W. SCOTT KERSHAW

March 14, 2008

**Via ECF**

The Honorable Naomi Reice Buchwald, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2270
New York, NY 10007

Re:    The Disco Biscuits vs. Sunset Records Group, Inc. *et al.*
Dk #: 07-CV-5909 (NRB) S.D.N.Y.

Dear Judge Buchwald:

As you may know, our law firm represents the Plaintiff, The Disco Biscuits, (hereinafter "Plaintiff") in the above-referenced Action.

Last week, we received from the Defendants' new counsel, Richard D. Borzouye, Esq., a Notice of Appearance. In the past week, we have had two conversations with Mr. Borzouye. In the first conversation we had, the parties discussed substantive issues in this Action including liability and damages. From the Plaintiff's point of view, it was a productive conversation between counsel.

In our second conversation yesterday, we were informed that Mr. Borzouye was terminated as the attorney for the Defendant.

We are bringing this issue to the Court's attention to request that the Court hold a conference with the parties including the Defendants' principal, Don Lichterman, to grant the plaintiff a default judgment against the Defendants on the issue of liability and allow us to proceed to the issue of damages. We are convinced that Mr. Lichterman is hiring and firing attorneys in an attempt to frustrate the Plaintiff's prosecution of this Action.

We request judicial intervention to interdict Mr. Lichterman's abuse of the judicial process.

Respectfully submitted,

THE SCHER LAW FIRM, LLP

Martin H. Scher (MS-4093)

MHS/lmh
OFFICE\Disco Biscuits\Litig v Sunset Records. Dk# 07-CV-5909\March 14, 2008 letter to Judge Buchwald.doc