UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DISCO BISCUITS                                        :
                                                      :    07 Civ. 5909 (NRB)
                                      Plaintiff,      :
                                                      :
     - against -                                      :
                                                      :
SUNSET RECORDS GROUP,                                 :    APPEARANCE
DON LICHTERMAN,                                       :
JOHN DOES 1 AND 2                                     :
                                                      :
                                      Defendants.     :
------------------------------------------------------------------X

## DEFENDANT'S NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for defendants, SUNSET RECORDS GROUP and DON LICHTERMAN.

I certify that I am admitted to practice in this court.

March 24, 2008                                                    /s/
                                                     ROBERT G. LEINO  RL-4082
                                                     354 E. 91st Street, Apt.1101
                                                     New York, NY 10128
                                                     (212) 289-8357
                                                     (212) 289-8919 (FAX)
                                                     rgleino@leinolaw.com