UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DISCO BISCUITS

                              Plaintiff,

   - against -

SUNSET RECORDS GROUP,
DON LICHTERMAN,
JOHN DOES 1 AND 2

                              Defendants.
------------------------------------------------------------------X

07 Civ. 5909 (NRB)

RULE 7.1 DISCLOSURE
STATMENT

## **DEFENDANT'S, SUNSET RECORDS GROUP'S, RULE 7.1 DISCLOSURE STATEMENT**

    Defendant, Sunset Records Group, by its attorney, Robert G. Leino, Esq., makes the following statement pursuant to the Federal Rules of Civil Procedure 7.1 and Local Rule of Civil Procedure 7.1.1:

    1. Defendant, Sunset Records Group., does not have any parent corporation.

    2. There are no publicly held corporations owning 10% or more of the stock of defendant, Sunset Records Group.

Dated: New York, New York
       April 8, 2008

                                                   /s/
                                  ROBERT G. LEINO  RL-4082
                                  Attorney for Defendant
                                  354 E. 91st Street, Apt.1101
                                  New York, NY 10128
                                  (212) 289-8357
                                  (212) 289-8919 (FAX)
                                  rgleino@leinolaw.com