UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DISCO BISCUITS,

                    Plaintiff,

           07 CV 5909 (NRB)

-against-

SUNSET RECORDS GROUP, DONALD LICHTERMAN,
JOHN DOE "1" AND JOHN DOE "2",

                  Defendants.

CASE MANAGEMENT AND SCHEDULING ORDER
------------------------------------X

Naomi R. Buchwald, U.S.D.J.

I. **DEADLINES AND COURT APPEARANCES**

| | |
|---|---|
| Deadline for completion of initial disclosures required by Rule 26(a): | April 4, 2008 |
| First request for production of documents and first request for interrogatories due by: | May 15, 2008 |
| Answers to First request for production of documents and first request for interrogatories due by: | June 16, 2008 |
| Deadline for joinder of additional parties and amendment of pleadings: | June 30, 2008 |
| Report of A ~~Status Conference~~ by letter. | July 16, 2008 ~~at 9:00 a.m.~~ /NRB/ |
| All discovery, including production of all expert reports, if any, to be completed by: | September 15, 2008 |
| Dispositive motion process started by: | ~~November~~ October 15, 2008 /NRB/ |
| ~~Joint pretrial order due by:~~ | ~~January 15, 2009~~ /NRB/ |
| ~~Pretrial Conference:~~ | ~~January 26, 2009~~ /NRB/ |

So Ordered.

/s/ Naomi Reice Buchwald
NRB
April 7, 2008

Page 1 ~~of 4~~